

MKH: USAO# 2014R00771

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC 22  AM 11: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. GLR-14-0607 |
| **DAVON JONES** | * | (Possession of a Firearm by a Felon, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| **Defendant** | * | |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about August 23, 2014, in the District of Maryland, the defendant,

**DAVON JONES,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: one FNH USA, LLC Model FNP-9 9mm handgun, serial number 61BMR02446; one Glock 30 .45 caliber handgun, serial number DZE208US; one Smith and Wesson 14-2 .38 special revolver, serial number K571611; and ammunition, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The United States Attorney for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Information.

2. As a result of the offense alleged in Count One of this Information, the defendant,

**DAVON JONES,**

shall forfeit to the United States the firearms and ammunition involved in the commission of the offense, to wit: one FNH USA, LLC Model FNP-9 9mm handgun, serial number 61BMR02446; one Glock 30 .45 caliber handgun, serial number DZE208US; one Smith and Wesson 14-2 .38 special revolver, serial number K571611; and ammunition therein.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2(a)

12/19/14
Date

Rod J. Rosenstein
United States Attorney